UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KURT HAEKER,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MIKE LINDER, Yellowstone County<br>　Sheriff,<br><br>　　　　　　　　Defendant. | Case No. CV-16-26-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED The action is DISMISSED per court order E.C.F 16 and E.C.F. 17.

　　　Dated this 30th day of September, 2016.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　By: /s/ E.Hamnes
　　　　　　　　　　　　　　　E.Hamnes, Deputy Clerk